PROB 12C
(6/16)

Report Date: March 14, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Lee Jackson    Case Number: 0980 2:16CR00043-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 6, 2006

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846 | | |
| Original Sentence: | Prison - 110 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's office | Date Supervision Commenced: | October 30, 2015 |
| Defense Attorney: | Federal Defender's office | Date Supervision Expires: | October 29, 2020 |

## PETITIONING THE COURT

**To issue a WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Daniel Jackson violated mandatory condition number 2 by assaulting another individual on January 24, 2019.<br><br>According to police report 19-T0222 from the Nez Perce Tribal Police Department, a physical domestic dispute was observed by a Clearwater River Casino security officer. The officer was able to identify Mr. Jackson and the victim in the assault as they are both registered tribal members. The security officer was unable to make contact with Mr. Jackson as he had left prior to being contacted. The Nez Perce Tribal Police were called to observe the recording of the assault. The responding officer observed the video footage and determined there was probable cause to arrest Daniel Jackson for domestic battery. |

Prob12C
Re: Jackson, Daniel Lee
March 14, 2019
Page 2

Mr. Jackson and the victim later returned to the casino. Mr. Jackson was arrested by law enforcement and booked into the Nez Perce County Jail for domestic battery.

On November 3, 2015, Daniel Jackson signed his judgment for case number 2:16CR00043-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must obey all laws.

2   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Daniel Jackson violated mandatory condition number 2 by possessing drug paraphernalia on January 24, 2019.

According to police report 19-T0222 from the Nez Perce Tribal Police Department, a physical domestic dispute was observed by a Clearwater River Casino security officer. The officer was able to identify Mr. Jackson and the victim in the assault as they are both registered tribal members. Nez Perce County Tribal police eventually made contact with Mr. Jackson and placed him under arrest for the assault. The arresting officer searched Mr. Jackson prior to placing him in the vehicle and located a clear glass pipe with black residue in the bowl in his left front pocket. The officer also asked Mr. Jackson about a report of drug paraphernalia that was left in the room he had rented the night prior. Mr. Jackson admitted to the officer that the paraphernalia was his.

Mr. Jackson was arrested by law enforcement and booked into the Nez Perce County Jail for two counts of being in possession of drug paraphernalia.

On November 3, 2015, Daniel Jackson signed his judgment for case number 2:16CR00043-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Jackson was made aware by his U.S. probation officer he must obey all laws.

3   **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Daniel Jackson was arrested by law enforcement on January 24, 2019. Mr. Jackson failed to notify his U.S. probation officer of any contact with law enforcement.

On November 3, 2015, Daniel Jackson signed his judgment for case number 2:16CR00043-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must notify his probation officer if contacted by law enforcement within 72 hours.

4   **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance and shall abstain from the unlawful use of the same.

**Supporting Evidence**: Daniel Jackson violated mandatory condition number 3 by consuming a controlled substance, methamphetamine, on or about February 13, 2019, and

Prob12C
**Re: Jackson, Daniel Lee**
**March 14, 2019**
**Page 3**

March 7, 2019.

Mr. Jackson reported as directed on February 13, 2019, to provide a urine test. Prior to submitting the sample, Mr. Jackson stated he would test positive for methamphetamine as he consumed the substance on February 10, 2019. Mr. Jackson signed a drug use admission form admitting to the violation.

On March 7, 2019, Daniel Jackson reported to the vendor site to submit a urine sample. It was discovered that Mr. Jackson was wearing a device intended to alter his sample. Mr. Jackson admitted to consuming a controlled substance, methamphetamine.

On March 13, 2019, Mr. Jackson was scheduled for a urine test at the vendor site. Mr. Jackson failed to call and failed to report for his scheduled test.

On November 3, 2015, Daniel Jackson signed his judgment for case number 2:16CR00043-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must not consume controlled substances.

5       **Special Condition # 2**: The defendant shall participate in a program of drug/alcohol abuse treatment including urinalysis testing as directed by the probation officer. Cost of the treatment and testing to be paid by the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: Daniel Jackson failed to report as directed for urine testing on March 13, 2019.

On March 14, 2019, the undersigned officer was notified that Mr. Jackson failed to report for his scheduled urine test.

On November 3, 2015, Daniel Jackson signed his judgment for case number 2:16CR00043-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must not report as directed for urine testing to monitor abstinence from controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3/14/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Jackson, Daniel Lee**
**March 14, 2019**
**Page 4**

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
Chief U.S. District Judge

Signature of Judicial Officer

March 14, 2019

Date