PROB 12C
(6/16)

Report Date: October 7, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Lee Jackson | Case Number: 0980 2:16CR00043-TOR-1 |
| Address of Offender: | Washington 99212 |

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Court
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 6, 2006

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846 | | |
| Original Sentence: | Prison - 110 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (4/9/2019) | Prison - 24 days; TSR - 24 months | | |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: April 9, 2019 | |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: April 8, 2021 | |

### PETITIONING THE COURT

**To issue a WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Daniel Jackson failed to report as directed to his U.S. probation officer on September 27, 2019.<br><br>After numerous missed chemical dependency treatment and testing dates, the undersigned officer attempted to contact the offender at his residence on September 25, 2019, as telephone contacts had gone unreturned. There was no answer at the door and the undersigned officer left a card in the door to indicate the undersigned had been to the residence. |

Prob12C
Re: Jackson, Daniel Lee
October 7, 2019
Page 2

On September 26, 2019, the undersigned officer again tried to make telephone contact with Mr. Jackson. There was no answer and no voice mail option to leave a message. The undersigned sent Mr. Jackson a text message directing him to report to the probation office by 8 a.m. on September 27, 2019. Mr. Jackson failed to report. As of the date of his petition, Mr. Jackson has failed to make any contact with the undersigned officer since September 10, 2019.

On May 8, 2019, Daniel Jackson signed his judgment for case number 2:16CR00043-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must report as directed.

2   **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Daniel Jackson violated special condition number 4 by failing to comply with substance abuse treatment by failing to attend treatment on September 5, and 26, and October 3, 2019. Mr. Jackson also failed to attend his one-on-one session as directed for the month of September 2019.

On September 10, 2019, the undersigned officer spoke with Mr. Jackson about missing his urine testing dates, as well as his chemical dependency treatment sessions. Mr. Jackson was reminded he must call his U.S. probation officer if there is an issue and he cannot make a chemical dependency treatment session. Mr. Jackson has not spoken to his U.S. probation officer regarding any missed treatment sessions to date.

On May 8, 2019, Daniel Jackson signed his judgment for case number 2:16CR00043-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must comply with his court ordered chemical dependency treatment requirements.

3   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Daniel Jackson violated special condition number 5 by failing to report as directed for urine testing on September 4, and 25, and October 2, 2019.

Mr. Jackson was scheduled for a urine test at the vendor site on September 4, and 25, and October 2, 2019. Mr. Jackson failed to report for his scheduled testing as directed. Numerous attempts to contact Mr. Jackson regarding his violation behaviors have gone unreturned.

On May 8, 2019, Daniel Jackson signed his judgment for case number 2:16CR00043-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must report for his urine testing dates as scheduled.

Prob12C
Re: Jackson, Daniel Lee
October 7, 2019
Page 3

    4    **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Daniel Jackson violated standard condition number 9 by failing to notify his U.S. probation officer after being questioned by a law enforcement officer on September 13, and 21, 2019.

On September 13, 2019, Mr. Jackson was contacted by a Nez Perce County sheriff's officer due to a traffic hazard call. Mr. Jackson failed to report the law enforcement contact to his U.S. probation officer.

On September 21, 2019, Mr. Jackson was contacted by a Coeur d'Alene police officer. Mr. Jackson failed to report this contact to his U.S. probation officer.

On May 8, 2019, Daniel Jackson signed his judgment for case number 2:16CR00043-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Jackson was made aware by his U.S. probation officer that he must report any law enforcement contact within 72 hours to his U.S. probation officer.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/7/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Signature of Judicial Officer

October 7, 2019
Date